# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL 1:** A UPS Ground box bearing UPS tracking number 1Z 6Y6 V55 03 5135 3631, addressed to "Sidney Jones, 1446 Elizabeth Apt A, East Point, GA 30344-1743" with a return address of "Travis Willis, (624) 975-8182, The UPS Store #5440, 5156 W Olive Ave, Glendale, AZ 85302-4205." It is an Ion Game Day Party wireless speaker box with a UPS label measuring approximately 19" x 19" x 19"; weighing approximately 20 pounds; postmarked December 15, 2021.

**SEARCH WARRANT**

Case Number: 21-395 MB

**(FILED UNDER SEAL)**

TO: ANTOINE MARTEL and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Antoine Martel, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL 1:** A UPS Ground box bearing UPS tracking number 1Z 6Y6 V55 03 5135 3631, addressed to "Sidney Jones, 1446 Elizabeth Apt A, East Point, GA 30344-1743" with a return address of "Travis Willis, (624) 975-8182, The UPS Store #5440, 5156 W Olive Ave, Glendale, AZ 85302-4205." It is an Ion Game Day Party wireless speaker box with a UPS label measuring approximately 19" x 19" x 19"; weighing approximately 20 pounds; postmarked December 15, 2021,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(h), AND TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before December 29, 2021 _____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

12-15-2021 @ 7:20 pm            at    Phoenix, Arizona
Date and Time Issued                   City and State

                                       /s/ Michelle Burns

HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer        Signature of Judicial Officer